Bradley MAXWELL, Plaintiff–
Appellant,

v.

Harold CLARKE, Director, VDOC;
David Robinson, Chief of Prison Oper-
ations; George Hinkle, Regional Di-
rector; Greg Holloway, Warden; John
Combs, Assistant Warden, Defen-
dants–Appellees.

No. 15–6115.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 28, 2015.

Bradley Maxwell, Appellant Pro Se.

Before SHEDD, DUNCAN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2012) complaint under 28 U.S.C.
§ 1915A(b) (2012). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Maxwell v. Clarke*,
No. 7:14–cv–00591–JLK–RSB (W.D.Va.
Jan. 9, 2015). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*